THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE UNITED STATES MARSHAL SERVICE, THE FEDERAL BUREAU OF INVESTIGATION FOR THE DISTRICT OF CONNECTICUT,
G R E E T I N G S:

You are hereby commanded to turn over to Special Agents of the Federal Bureau of Investigation for the District of Connecticut, the body of SAUL DOS REIS, now detained under your custody as it is said, under safe and secure conduct, so that Special Agents of the Federal Bureau of Investigation may execute a search warrant and court order for samples of blood, saliva, and hair in the case of <u>United States v. Saul Dos Reis</u>, 3:02CR157(SRU), on Wednesday June 26, 2002, at 9:30 A.M., and from time to time thereafter, Special Agents of the Federal Bureau of Investigation are to keep and maintain the said person in federal custody until such time as said person may be returned to the custody of the United States Marshal Service and the Wyatt Detention Center.

KEVIN F. ROWE
CLERK, U.S. DISTRICT COURT

The foregoing Writ is hereby allowed. Dated at Bridgeport, Connecticut, this 25 day of June, 2002.

_____
DEPUTY CLERK

_____
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

RETURN
Defendant delivered on
6/26/02 to FBI
at Bridgeport, CT
John F. Bookelli
United States Marshal
by_____
Deputy

STATE OF CONNECTICUT            :
                                :   ss: Bridgeport, CT
COUNTY OF FAIRFIELD             :

Personally appeared before me, BRIAN E. SPEARS, ASSISTANT UNITED STATES ATTORNEY for the District of Connecticut, to me known, who, on oath, sates that he has read the foregoing application, that he is familiar with the content of the same, and that the same is true of his own knowledge, except as to such matters therein alleged on information and belief, and as to such matters, he believes them to be true.

*[signature]*

ALEX HERNANDEZ
COMMISSIONER OF THE SUPERIOR COURT
Alex Hernandez
(203) 696-3000

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:02CR157(SRU) |
| SAUL DOS REIS | : June 25, 2002 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Brian E. Spears, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. It is requested, that on Wednesday, June 26, 2002, SAUL DOS REIS be turned over to Special Agents of the Federal Bureau of Investigation with respect to a matter related to an on-going investigation in the case of <u>United States v. Saul Dos Reis</u>, 3:02CR157(SRU).

2. The said person is now confined at the Wyatt Detention Center in Rhode Island and will be produced at the United States Marshal Service in Bridgeport, Connecticut at 9:30 a.m., on June 26, 2002.

3. The undersigned requests that the United States Marshal Service turnover the said person to Special Agents of the Federal Bureau of Investigation at said time and place for matters related to an on-going investigation, specifically the execution of a search warrant and court order for samples of blood, saliva,

and hair in the case of <u>United States v. Saul Dos Reis</u>, 3:02CR157(SRU).

WHEREFORE, your petitioner respectfully prays that the Court may issue its Writ of Habeas Corpus to the United States Marshal Service and Special Agents of the Federal Bureau of Investigation, ordering them to produce the said person, at the said facility on Wednesday, June 26, 2002 at 9:30 a.m., and from time to time thereafter, and to keep and maintain the said person in federal custody until such time as he may be returned to the custody of the United States Marshal Service and the Wyatt Detention Center, under proper, safe and secure conduct.

        UNITED STATES OF AMERICA

        JOHN A. DANAHER III
        UNITED STATES ATTORNEY

        BRIAN E. SPEARS
        ASSISTANT UNITED STATES ATTORNEY
        United States Attorney's Office
        United States Courthouse
        915 Lafayette Boulevard
        Bridgeport, CT 06604
        Tel: (203) 696-3000
        Federal Bar No. CT14240